FILED
MAR 2 - 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TIMOTHY LEE DEHERRERA,

        Petitioner,

    v.

DON MILLS,

        Respondent.

Civil No. 09-753-BR

ORDER

BROWN, Judge.

    The Court GRANTS Petitioner's Unopposed Motion for Voluntary Dismissal of Habeas Petition (#33).

    IT IS SO ORDERED.

    DATED this 2nd day of March, 2011.

                                  ANNA J. BROWN
                                  United States District Judge

1 - ORDER -