FILED
MAR 2 - 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TIMOTHY LEE DEHERRERA,

    Petitioner,

  v.

DON MILLS,

    Respondent.

Civil No. 09-753-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed, without prejudice.

    DATED this 2nd day of March, 2011.

                                  /s/ Anna J. Brown
                                  ANNA J. BROWN
                                United States District Judge